UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-2644-DMG (BFMx)** | Date | October 4, 2024 |
|---|---|---|---|
| Title | *Moises Villalobos v. Sunrise Liquor, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER VACATING SCHEDULING CONFERENCE AND FOR DEFENDANT YOUSEF MACCHOUR TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

On August 13, 2024, the Court issued an Order setting a Scheduling Conference in this case [Doc. # 16]. That Order required the parties to file a *Joint* Rule 26(f) Report and warned that "[t]he failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." *Id.* at 4.

On September 27, 2024, Plaintiff filed a unilateral Rule 26(f) report, explaining that he had difficulty obtaining Defendant Yousef Macchour's cooperation in the preparation and finalization of the report. Defendant Macchour[1] is ordered to show cause, in a written response filed by no later than **October 25, 2024,** why sanctions should not be imposed for his failure to cooperate in the filing of the joint report. Failure to timely file a written response to this Order will result in the striking of Defendant Macchour's Answer and entry of default. The filing of a proper **Joint** Rule 26(f) Report by the above deadline will be deemed an adequate response.

The October 11, 2024 Scheduling Conference is **VACATED** and will be rescheduled if necessary.

**IT IS SO ORDERED**.

---

[1] The Court has already entered the default of Defendant Sunrise Liquor. [Doc. # 24.]