**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNRISE LIQUOR, YOUSEF MACCHOUR,<br><br>    Defendants. | Case No. CV 24-2644-DMG (BFMx)<br><br>**JUDGMENT** |

This Court having granted Plaintiff Moises Villalobos's motion for default judgment by Order dated January 17, 2025,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants Sunrise Liquor and Yousef Macchour in the amount of $2,520.00, consisting of $2,115.00 in attorneys' fees and $405 in litigation costs. Defendants are **ORDERED** to provide an accessible parking space at the retail liquor business located at 12931 Saticoy St., North Hollywood, CA, in compliance with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.

DATED: January 17, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE